IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARTIN O. MAIZE, SR.,                    *
                                         *
              Plaintiff,                 *
vs.                                      *          No. 4:09cv00399 SWW/HDY
                                         *
                                         *
HAWKER BEECHCRAFT                        *
CORPORATION,                             *
                                         *
              Defendant.                 *

<u>ORDER</u>

Defendant's application [doc.#12] for attorney Megan S. Monsour to proceed *pro hac vice* on behalf of the defendant is hereby granted.

IT IS SO ORDERED this 30th day of July 2009.

<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE