IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARTIN O. MAIZE, SR.**                                                                                             **PLAINTIFF**

**V.**                                          **NO. 4-09-CV-00399 GTE**

**HAWKER BEECHCRAFT CORP.**                                                                **DEFENDANT**

**ORDER**

  Before the Court is Plaintiff Martin O. Maize's Motion for Disbursement from the Library Fund.  Consistent with the requirements of Local Rule 83.6, Plaintiff's counsel seeks Court pre-approval for anticipated expenses of up to $8,000.00 for the depositions of 12 current or former employees of Defendant Hawker Beechcraft Corporation.  Plaintiff's counsel represents that such depositions are necessary to prepare this case for trial.  Plaintiff's counsel's representation is supported by an explanation of why each deposition is needed.  From such explanation, the Court concludes that Plaintiff's counsel has a well-founded and reasonable basis for representing that such depositions are necessary.  Further, the Court has been advised by the Clerk of the Court that funds exist to satisfy the anticipated expenses.

  The Court expects counsel to use all reasonable measures (including but not limited to holding down the length of depositions) to minimize expenses.  The Library Fund is a finite resource.  All counsel, as officers of the Court, are encouraged to cooperate for this purpose.

  For good cause shown,

  IT IS HEREBY ORDERED THAT Plaintiff Martin O. Maize, Sr.'s Motion for Disbursement from the Library Fund (docket entry # 81) be, and it is hereby, GRANTED.  Plaintiff's counsel will seek reimbursement for out-of-pocket expenses from this Court after such

expenses are incurred.

      IT IS SO ORDERED this _19th_ day of January, 2011.

                                      _/s/Garnett Thomas Eisele_____
                                      UNITED STATES DISTRICT JUDGE