IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARTIN O. MAIZE, SR.                                                           PLAINTIFF

v.                                   No. 4:09-cv-399-DPM

HAWKER BEECHCRAFT
CORPORATION                                                                    DEFENDANT

ORDER

Mr. Terry Mann, Ms. Lora Jennings, and Ms. Debbie Martinez — Defendant's counsel and legal assistant — may bring their laptop computers and cell phones — including smart phones — into the courthouse. The phones may be used as needed outside of any courtroom. When inside the courtroom, the cell phones must be turned off. Putting the cell phones on "vibrate" or "silent" is unacceptable. No phone or computer may be used to take photographs or video in the courthouse. And when talking on a phone (or with someone in person) in a corridor, all courthouse visitors should be as quiet as possible. Visitors should also be as quiet as possible when working with their laptop computers.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

<u>27 December 2011</u>