IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARTIN O. MAIZE, SR.                                              PLAINTIFF

v.                          No. 4:09-cv-399-DPM

HAWKER BEECHCRAFT
CORPORATION                                                       DEFENDANT

ORDER

The Court held a pretrial on 22 December 2011. Maize's hostile-work-environment and § 1981 claims are dismissed without prejudice. For the reasons stated on the record, Hawker Beechcraft's motion *in limine*, *Document No. 119*, is granted by agreement on points B, C, E, and F, and overruled on point G. (Point A required no ruling; and there was no point D.) The Amended Final Scheduling Order, *Document No. 115*, is further amended: deposition designations are due 3 January 2012; counter designations are due 6 January 2011; and objections to designations are due 11 January 2012. The parties will exchange final exhibits, exhibit lists, and witness lists by 13 January 2012, and will deliver a copy of all these materials to chambers by the same date.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 December 2011